# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

## CR 09 0344 MMC

### UNITED STATES OF AMERICA,

### V.

### JUSTIN SMITH,

### DEFENDANT(S).

---

## INDICTMENT

Title 18 U.S.C. § 922(g)(1) - Felon in Possession of Firearm;
Title 18 U.S.C. § 924(d) - Forfeiture of Firearm.

A true bill.

_____
                        Foreman

Filed in open court this 4-2-09 day of

_____
                           Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
18 U.S.C. 922(g)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ JUSTIN SMITH

**DISTRICT COURT NUMBER**
CR 09 0344 MMC

**PENALTY:**
Imprisonment for up to 10 years;
Fine of up to $250,000;
Special assessment of $100.00; and
Supervised release of up to three years.

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Agent Thomas Cleary, ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.
09-70265 EMC

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Katherine B. Dowling

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☑ Yes  ☐ No  If "Yes" give date filed 3/19/2009

**DATE OF ARREST** ▶  3/17/2009   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  3/19/2009   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
SFPD

Date/Time:

Before Judge:

Comments:



1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,        )   No. 09-0344
13         Plaintiff,                )   VIOLATIONS: 18 U.S.C. § 922(g)(1) –
                                     )   Felon in Possession of Firearm;
14     v.                            )   18 U.S.C. § 924(d) – Forfeiture of Firearm
                                     )
15  JUSTIN SMITH,                    )   SAN FRANCISCO VENUE
                                     )
16         Defendant.                )
                                     )
17  _____
18
19
                                INDICTMENT
20
21  The Grand Jury charges that:
22      On or about January 23, 2009, in the Northern District of California, the defendant,
23                                  JUSTIN SMITH,
24  having been previously convicted of a crime punishable by a term of imprisonment exceeding
25  one year, did knowingly possess firearms, specifically a Colt pistol, Model 1911, Caliber .45
26  ACP, serial number 2806305; a Glock pistol, Model 19, Caliber 9mm, serial number KMA755; a
27  Smith & Wesson revolver, Model 686, Caliber .357 magnum, serial number DBH8620; a Smith
28  & Wesson revolver, Model 620, Caliber .357, serial number DBR4879; a Winchester rifle,

INDICTMENT

1  Model 94, Caliber .357, serial number unknown; a Harrington & Richardson shotgun, Caliber
2  .410, serial number HV331527; a Ruger pistol, Model Charger, Caliber .22, serial number 490-
3  19804; a Winchester rifle, Model 94, Caliber 32-40, serial number JW22194; an Arcadia
4  Machine and Tool rifle, Caliber .22, serial number WTM-1; a Ruger rifle, Model 10/22, Caliber
5  .22, serial number 351-55099; a Ruger rifle, Model 10/22, Caliber .22, serial number 290-29552;
6  a Browning rifle, Model A, Caliber .270, serial number 69453PN7C7; a Remington rifle, Model
7  700, Caliber .280, serial number B6868644; an Intratec pistol, Model Tec-9, Caliber 9mm, serial
8  number E003947; and an Armalite rifle, Model AR50, Caliber .50BMG, serial number
9  US76764; in and affecting interstate commerce, in violation of Title 18, United States Code,
10 Section 922 (g)(1).

12 Forfeiture Allegation:

13  As a result of the foregoing offense, the defendant shall forfeit to the United States the
14 firearms and any ammunition involved in the commission of the violation of Title 18, United
15 States Code, Section 922(g)(1), in accordance with Title 18, United States Code, Section 924(d),
16 and Title 28, United States Code, Section 2461(c).

DATED:                                              A TRUE BILL.

April 2, 2009

                                                    Lynda Benjamin
                                                    FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____)
KATHERINE B. DOWLING
Assistant United States Attorney

INDICTMENT                                          2