| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | GEOFFREY HANSEN |
| | Chief Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building – Box 36106 |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant SMITH |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00344 MMC |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER TO CONTINUE** |
| | ) | |
| JUSTIN SMITH, | ) | |
| Defendant. | ) | |

The defendant has filed a motion to suppress evidence, and the Government has responded. Counsel for the defendant was out of the office for three weeks until June 1, 2009, and needs to undertake some additional investigation in order to be able to respond to the Government's opposition memorandum. As a result, the parties ask that the matter be continued until July 15, 2009 for the motions hearing, and that defense counsel be given until June 24, 2009 to file his reply brief.

1 | **IT IS SO STIPULATED.**

3 | Dated: June 04, 2009                              _____/s/_____
                                                     GEOFFREY HANSEN
4 |                                                  Chief Assistant Federal Public Defender

6 | Dated: June 04, 2009                              _____/s/_____
                                                     KATHERINE DOWLING
7 |                                                  Assistant United States Attorney

8 |                                    ~~[PROPOSED]~~ **ORDER**

11 |     GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in this matter be continued until July 15, 2009 at 2:30 p.m.

12 | **IT IS SO ORDERED**.

14 | Dated: June 5, 2009                              _____/s/ Maxine M. Chesney_____
                                                     THE HONORABLE MAXINE M. CHESNEY
15 |                                                  UNITED STATES DISTRICT JUDGE