1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  KATHERINE B. DOWLING (CASBN 220767)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6833
7      Fax:  (415) 436-7234
       Email: Katherine.Dowling@usdoj.gov
8
   Attorneys for the United States of America
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      )    No. CR 09-0344 MMC
                                    )
14 |     Plaintiff,                 )      ORDER RE:
                                    )    STIPULATION AND [PROPOSED]
15 |     v.                         )    ORDER TO CONTINUE HEARING DATE
                                    )
16 | JUSTIN SMITH,                  )    Date:  July 29, 2009
                                    )    Time:  2:30 p.m.
17 |     Defendant.                 )    Court: Hon. Maxine M. Chesney
                                    )
18 | _____)

19

20
21         A hearing in the above-captioned case is currently scheduled in this matter for

22  Wednesday, July 15, 2009 at 2:30PM.  Due to multiple conflicting court hearings on that same

23  day, parties jointly request that the hearing date be continued to July 29, 2009.  Any surreply by

24  the government will be filed on or before July 22, 2009.

25  //

26  //

27  //

28  //

CR 09-0344 MMC
Stipulation and Proposed Order to Continue Hearing Date

1     Accordingly, the parties jointly request that the hearing on the motion be continued to
2 July 29, 2009 at 2:30 PM.

4     IT IS SO STIPULATED.

6 DATED: July 2, 2009                        /s
                                            GEOFF HANSEN
7                                             Assistant Federal Public Defender

9 DATED: July 2, 2009                        /s
                                            KATHERINE B. DOWLING
10                                             Assistant United States Attorney

12     IT IS SO ORDERED, with the exception that the hearing on the motion is continued to
13 August 5, 2009.

14 July 8, 2009
DATED                                          HON. MAXINE M. CHESNEY
15                                             United States District Judge

CR 09-0344 MMC
Stipulation and Proposed Order to Continue Hearing Date