1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 | KATHERINE B. DOWLING (CSBN 220767)
ROBERT DAVID REES (CSBN 229441)

5 | Assistant United States Attorneys

6 | 450 Golden Gate Avenue
San Francisco, CA 94103

7 | Telephone: (415) 436-6833/7210
Fax: (415) 436-7234

8 | E-mail: katherine.dowling@usdoj.gov
robert.rees@usdoj.gov

9

10 | Attorneys for Plaintiff United States of America

11 | BARRY J. PORTMAN
Federal Public Defender

12 | GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender

13

14 | Counsel for Defendant Justin Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 09-0344 MMC |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION ENLARGING DATE FOR FILING MOTIONS IN LIMINE |
| JUSTIN SMITH | ) AND ORDER THEREON |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for filing of the motions in limine will be October 9, 2009, with oppositions due on October 13, 2009.

The date currently set for filing of motions in limine is today, October 6, 2009, with

STIPULATION TO ENLARGE MIL FILING DATE, CR 09-0344 MMC

1  oppositions due on October 13, 2009.  An enlargement of this date will allow the parties time to
2  work out the agreements and details for a possible stipulated facts bench trial in lieu of the jury
3  trial currently scheduled for November 2, 2009.
4       Parties respectively request that this Court enlarge the date for the filing of motions in
5  limine so that parties may continue to work toward possible resolution of this case in a stipulated
6  facts bench trial.

DATED: 10/6/09          By:          /s/
                             GEOFFREY A. HANSEN
                             Attorney for Plaintiff Justin Smith


                             JOSEPH RUSSONIELLO
                             United States Attorney

DATED: 10/6/09          By:          /s/
                             KATHERINE B. DOWLING
                             ROBERT D. REES
                             Assistant United States Attorneys
                             Attorneys for Plaintiff


PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED:


DATED:   October 7, 2009          _____
                             HON. MAXINE M. CHESNEY
                             United States District Court Judge

STIPULATION TO ENLARGE MIL FILING DATE, CR 09-0344 MMC