BARRY J. PORTMAN
Federal Public Defender
GEOFFREY HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0344 MMC |
| | ) | ORDER CONTINUING |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE SENTENCING |
| v. | ) | HEARING |
| | ) | |
| JUSTIN SMITH, | ) | **CURRENT HEARING DATE:** |
| | ) | January 13, 2010, at 2:30 p.m. |
| Defendant. | ) | |
| | ) | **PROPOSED HEARING DATE:** |
| | ) | February 3, 2010, at 2:30 p.m. |

1.  Mr. Smith is currently scheduled to be sentenced on January 13, 2010.

2.  Defense counsel will be out of state on both office and family business from November 15, 2009 until December 5, 2009. Because of his absence, the probation officer cannot complete the pre-sentence report in a timely fashion which will give the parties sufficient time to comment on the report before sentencing. For that reason, a continuance is necessary.

3.  Defense counsel and the government have consulted with each other and with the probation officer in this case, and all three parties are available on February 3, 2010. As such, the parties request that the Court continue the sentencing hearing to February 3, 2010.

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Smith*, CR 09-344 MMC                  1

1

2         IT IS SO STIPULATED.

3  November 24, 2009                          /s/
   _____        _____
4  DATED                           GEOFFREY HANSEN
                                   Chief Assistant Federal Public Defender
5

6  November 24, 2009                          /s/
   _____        _____
   DATED                           ROBERT REES
7                                  Assistant United States Attorney

8
          IT IS SO ORDERED.
9

10

11

12  November 25, 2009              *[signature: Maxine M. Chesney]*
    _____        _____
    DATED                           MAXINE M. CHESNEY
13                                  United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Smith*, CR 09-344 MMC                    2