IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUSTIN SMITH,<br><br>  Defendant. | No. CR 09-0344 MMC<br><br>Ninth Circuit Appeal No. 10-10050<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S PETITION TO REOPEN APPEAL** |

The Court is in receipt of defendant Justin Smith's "Petition for Filing of a Delayed Direct Appeal," filed April 4, 2011 with the Clerk of the District Court, by which petition defendant seeks an order that "will allow this appeal to be reopened."

By order filed March 28, 2011, the United States Court of Appeals for the Ninth Circuit affirmed defendant's conviction. To date, the mandate has not issued, and, consequently, this Court lacks jurisdiction to consider the instant petition. See United States v. Ruiz-Alvarez, 211 F.3d 1181, 1184 (9th Cir. 2000) (holding "jurisdiction in a criminal case revests with a district court once the mandate issues").

Accordingly, defendant's petition is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: April 11, 2011

MAXINE M. CHESNEY
United States District Judge