**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-0344 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S REQUESTS FOR COPY OF DISCOVERY** |
| v. | |
| JUSTIN SMITH, | |
| Defendant. / | |

The Court is in receipt of defendant Justin Smith's "Request and Petition for Copy of Defendant's Discovery of Evidence," filed April 7, 2011, as well as a letter filed June 13, 2011 by which defendant requests "a copy of my discovery."

Because the above-titled criminal proceedings are closed, the Ninth Circuit having affirmed the judgment of conviction, defendant's requests are hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 17, 2011

MAXINE M. CHESNEY
United States District Judge